IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROYCE CALVIN SANDS,**

    **Plaintiff(s),**

**v.**                                                                   **No. 9CV274 LAM/WDS**

**JAMES WAYLON COUNTS,**

    **Defendants.**

**ORDER TO PROCEED IN FORMA PAUPERIS**

**IT IS ORDERED:** The Plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is granted.

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

                                                    **W. DANIEL SCHNEIDER**
                                                    **United States Magistrate Judge**