IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROYCE CALVIN SANDS, II

       Plaintiff(s),

v.                                    No.9CV274 LAM/WDS

JAMES WAYLON COUNTS,

       Defendant(s).

## ORDER FOR SERVICE OF PROCESS

This matter is before the court *sua sponte* pursuant to 28 U.S.C. § 1915, it appearing to the court that plaintiff is proceeding under 28 U.S.C. § 1915, and that personal service of the summons and complaint is required in this matter.

IT IS THEREFORE ORDERED that the U.S. Marshal is directed to service the summons and complaint personally on defendant(s) as directed by the Clerk.

_____
UNITED STATES MAGISTRATE JUDGE